**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ARTEZ FENNELL HINTON, | ) | NO. CV 07-03949 DSF (SS) |
| Petitioner, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| DERRAL ADAMS, Warden, | ) | |
| Respondent. | ) | |

   Pursuant to the Court's Order Adopting and Modifying Findings, Conclusions and Recommendations of United States Magistrate Judge,

   IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 3/30/10

*Dale S. Fischer*

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE